**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BENNIE POITEVIENT,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RISE UP FINANCIAL GROUP, LLC** a California Limited Liability Company<br><br>And<br><br>**JOHN DOE**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.: 3:25-cv-01324** |

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses this action with prejudice.

This dismissal resolves all claims asserted in this action. Each party shall bear its own costs and attorneys' fees unless otherwise agreed.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served on all counsel of record via the Court's CM/ECF system on this date.

Dated: February 3, 2026, Respectfully submitted,

/s/ Steven Gill
Steven Gill
The Law Office of Steve Gill
TN BPR no. 009969
320 Old Hickory Blvd. #2010
Nashville, TN 37212
(615) 243-0976
Stevegilllaw40@gmail.com

*Attorneys for Plaintiff and the Putative Class*