**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BENNIE POITEVIENT,** individually, and on behalf of all others similarly situated, | § | **Civil Action No.: 3:25-cv-01324** |
| Plaintiff, | § | |
| v. | § | |
| **RISE UP FINANCIAL GROUP, LLC** a California Limited Liability Company | § | |
| And | § | |
| **JOHN DOE** | § | |
| Defendants. | | |

**[PROPOSED] ORDER**

Upon consideration of Notice of Plaintiff's Voluntary Dismissal with Prejudice, it is this, _______ day of ________, 2026,

**ORDERED** that Notice of Plaintiff's Voluntary Dismissal with Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

______________________________

**United States District Judge**